UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-3205-MWF(AFMx)**                              Date: May 30, 2023

Title        **Lauren Smith, et al. v. Michael Morgan, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

|                Rita Sanchez                |              Not Reported              |
| :----------------------------------------: | :------------------------------------: |
|                 Deputy Clerk               |        Court Reporter / Recorder       |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :-------------------------------: | :-------------------------------: |
|            Not Present            |            Not Present            |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSEP**

On May 2, 2023, the Court issued an Order Setting Scheduling Conference (the "Order"). (Docket No. 12).  Pursuant to that Order, the parties were to meet and confer, and Plaintiffs were to draft the parties' Joint Rule 26(f) Report (the "Report") which was to be filed no later than May 22, 2023.

On May 22, 2023, Defendants Michael Morgan, Liberty Risk Consulting, LLC, and Carina Thomas aka Dani Jensen filed a Unilateral Rule 26(f) Report ("Defendants' Report").  (Docket No. 13).  Defendants' Report states Plaintiffs' counsel did not respond to Defendants' request (on May 22, 2023) to meet and confer to conduct the Rule 26 conference.  Therefore, Defendants submitted a unilateral report.  The Court notes that since the filing of Defendants' Report, Plaintiffs have not filed their own report, or any statement regarding their lack of participation in the Rule 26 process.

Based on Defendants' Report, the Court vacated the Scheduling Conference set on June 5, 2023.  The Court now **ORDERS** Plaintiffs to **SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute.  Plaintiffs' response shall be filed no later than **JUNE 7, 2023**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-3205-MWF(AFMx)**                    Date: May 30, 2023

Title       **Lauren Smith, et al. v. Michael Morgan, et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action with prejudice for failure to prosecute.

The Court will set the pretrial and trial dates set forth in Defendants' Report.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm